**No. 61101.**—Friedman Mirror & Glass Co. et al. v. United States, protests 266393–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass strips specially designed and manufactured for use as a frame around mirrors the same as those the subject of *Friedman Mirror & Glass Co., Inc.* v. *United States* (34 Cust. Ct. 236, C. D. 1710), the claim of the plaintiffs was sustained.

**No. 61102.**—Freder Corp. v. United States, protest 294454–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of chalkwhite stones the same in all material respects as those the subject of Abstract 59105, except that said stones were not faceted, the claim of the plaintiff was sustained.

**No. 61103.**—Lampson, Fraser & Huth, Inc. v. United States, protests 127635–K and 132906–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fox fur skins similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388) and *Sam Forwand Co.* v. *United States* (37 Cust. Ct. 232, C. D. 1829), the claim of the plaintiff was sustained.